## UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
APR 0 7 2021
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By _____

Brittany Toland
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

ACE PLANS LLC At all
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ____21CV290____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.      **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brittany Toland |
| Street Address | 7192 Friendship ch rd |
| City and County | McLeansville, Guilford County |
| State and Zip Code | North Carolina, 27301 |
| Telephone Number | 336 - 686 - 5343 |
| E-mail Address | btolandvirgo@gmail.com |

    B.    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

    Name                              ACEPLans LLC

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Brittany Toland , is a citizen of the State of *(name)* North Carolina .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* ~~[struck through]~~ , is incorporated under the laws of the State of *(name)* ~~~~ ,
      and has its principal place of business in the State of *(name)* ~~~~

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* ~~ALE PLAS LLC~~ , is a citizen of the State of *(name)* . Or is a citizen of *(foreign nation)*

b.    If the defendant is a corporation

The defendant, *(name)*  ___ALEPLANS LLC___ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Because this is a felony offense. Its wrong, manipulative, destructive to the public. A form of Domestic & foreign Terrorism through a 3rd party agency. FrauD. American's robbing & licing to hurting americans for their own Financial gain !!!

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ALEPLANS LLC, is involved bc they are the Fraud insurer on my Bank statement. I was told Etna was the corporate Provider. Lies. medical cards emailed through spam. Unable to pull up. Fake management, fake call back #'s given to my provider. (emotional damages.) Refusal to Refund or cancel my plan. Had me transfered to a line while the American Rep who sold me was

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

also on the line.) Listening in on me while placing me on hold. Picking up after 30 min wait times jrst to Hang up. / Well, Punitive Damages, Liabily damages. The alleged yearly plan they have me on they won't let me cancel is $12,454 in Damages. People are afraid to claim fraud, against

Page 4 of 5

My goal is to help the public by
helping the federal government take down
a fraudulent healthcare provider, claiming to
be in relationship with Obama Care. The surgery
I specifically asked about is not included, no specialist,
a fake member ID. I want 25%

**V.  Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.  For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   4 / 7 / 2021

Signature of Plaintiff   _Brittany Toland_

Printed Name of Plaintiff   Brittany Toland

**B.  For Attorneys**

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

of all government wages recovered on all
counts, up to 6 times the amount of each
felony offense. Identity fraud is at RISK
They know my social security #. Name, Home address!!