IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRITTANY TOLAND,            )
                            )
        Plaintiff,           )
                            )
    v.                      )        1:21CV290
                            )
ACEPLANS LLC, et al.,       )
                            )
        Defendants.          )

## JUDGMENT

The Text Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 8, 2021, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED this action is dismissed without prejudice as frivolous under 28 U.S.C. s 1915(e)(2)(b)(i).

                              /s/   Thomas D. Schroeder
                              United States District Judge

May 3, 2021